## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TINA ERVIN, as mother of and on behalf of A.H.E., a minor,<br><br>                Plaintiff,<br><br>      v.<br><br>EVENFLO COMPANY, INC.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A.,<br><br>                Defendants. | Case No. 3:14-cv-00234-SLG |

### ORDER GRANTING DEFENDANTS' JOINT MOTION FOR ADDITIONAL TIME TO DEPOSE PLAINTIFF'S EXPERT CARLEY WARD

Before the Court at Docket 120 is Defendants' Joint Motion for Additional Time to Depose Plaintiff's Expert Carley Ward. Plaintiff opposed at Docket 123; Defendants replied at Docket 124.

The Court has reviewed the parties' filings and will grant the motion. The rebuttal report contains material that might exceed the scope of proper rebuttal that warrants the additional deposition time. Moreover, there are multiple defendants.

Therefore, IT IS HEREBY ORDERED that the motion is GRANTED. Defendants may depose Dr. Ward for an additional 3.5 hours regarding her rebuttal report.

DATED this 11th day of June, 2018 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE